JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LISA KIRZNER,** | )   **NO. CV 19-951-KS** |
|                  **Plaintiff,** | ) |
|        **v.** | )   **JUDGMENT** |
| **ANDREW SAUL, Commissioner of Social Security** | ) |
|                **Defendant.** | ) |
| _____ | ) |

The Court having approved the parties' Stipulation to Remand this case pursuant to Sentence 4 of 42 U.S.C. § 405(g) for further proceedings, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the above captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

DATED: December 23, 2019

KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE